Robert A. Christopher, Bar No. 89035
rchristopher@hopkinscarley.com
Eugene Ashley, Bar No. 171885
eashley@hopkinscarley.com
Dori L. Yob, Bar No. 227364
dyob@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendants
02 OPTICAL MEDIA, INC. and DAVID CHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> O2 OPTICAL MEDIA, INC. and DAVID CHOU, <br><br> Defendants. | CASE NO.  C-07-0858-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND FOR AN EXTENSION TO COMPLETE INITIAL DISCLOSURES AND FILE A CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26 and Northern District Civil Local Rules 6-1(b) and 16-2(e), plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (collectively, "Philips") and defendants O2 Optical Media, Inc. and David Chou (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to continue the Initial Case Management Conference (currently scheduled for Friday, June 8, 2007 at 2:00 p.m.) to Friday, June 15, 2007 at 2:00 p.m., or such other date and time as the Court may order. The parties further stipulate and agree to extend the deadline for the parties

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

536272.2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND FOR AN EXTENSION TO COMPLETE INITIAL DISCLOSURES AND FILE RULE 26 DISCLOSURES AND CASE MANAGEMENT STATEMENT C-07-0858-SI

1  to complete initial disclosures pursuant to Rule 26 (or state objections to making such
2  disclosures), and to file and serve a Case Management Statement and a Rule 26(f) report from
3  Friday, June 1, 2007, to Friday, June 8, 2007.

4      This stipulation is submitted on the following grounds:

5      1.    Philips filed the above-captioned lawsuit against Defendants on October 6, 2006 in
6  the United States District Court for the Central District of California (Case No. CV 06-6382 ER);

7      2.    Defendants answered Philips' Complaint on November 20, 2006;

8      3.    On February 5, 2007, pursuant to 28 U.S.C. § 1404(a), the Honorable George P.
9  Schiavelli transferred the case to the United States District Court for the Northern District of
10 California (Case No. C 07-0858 BZ), where it was subsequently assigned to the Honorable Susan
11 Illston;

12     4.    The Initial Case Management Conference in this matter is presently scheduled for
13 June 8, 2007 at 2:00 p.m.

14     5.    FRCP Rule 26 and Northern District Civil Local Rule 16-2(e) permit the parties to
15 submit a stipulation and request that the Court vary the dates of the initial case management
16 schedule and dates for initial disclosure and meet and confer pursuant to FRCP Rule 26.

17     7.    Based on the foregoing, the parties to the above-captioned matter, by and through
18 their respective undersigned counsel, hereby agree and stipulate as follows:

19     a.    To continue the date for the Case Management Conference currently set for
20 June 8, 2007 at 2:00 p.m., until June 15, 2007 at 2:00 p.m., or such other date and time as the
21 Court may order;

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

OPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

536272.2      - 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND FOR AN EXTENSION
TO COMPLETE INITIAL DISCLOSURES AND FILE RULE 26 DISCLOSURES AND CASE MANAGEMENT STATEMENT C-07-0858-SI

b. To extend the last day to complete initial disclosures pursuant to Rule 26, (or state objections to making such disclosures), and to file and serve a Case Management Statement and a Rule 26(f) report from Friday, June 1, 2007 to Friday, June 8, 2007.

**IT IS SO STIPULATED.**

Dated: May 30, 2007

MAYER, BROWN, ROWE & MAW LLP

By: _____
        Rena Chng

Attorneys for Plaintiffs KONINKLIJKE PHILIPS ELECTRONICS N.V. and UNITED STATES PHILIPS CORPORATION

Dated: May 30, 2007

HOPKINS & CARLEY

By: _____
~~Robert A. Christopher~~ Dori L. Yob
Attorneys for Defendants
O2 OPTICAL MEDIA, INC. and DAVID CHOU

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: _____       _____
                                                  U.S. DISTRICT COURT JUDGE