1   Edward D. Johnson (SBN 189475)
      wjohnson@mayerbrownrowe.com
2   Rena Chng (SBN 209665)
      rchng@mayerbrownrowe.com
3   Aengus H. Carr (SBN 240953)
      acarr@mayerbrownrowe.com
4   MAYER, BROWN, ROWE & MAW LLP
    Two Palo Alto Square, Suite 300
5   3000 El Camino Real
    Palo Alto, CA  94306-2112
6   Telephone:     (650) 331-2000
    Facsimile:     (650) 331-2060
7

8   Attorneys for Plaintiffs
    KONINKLIJKE PHILIPS ELECTRONICS N.V.
9   and U.S. PHILIPS CORPORATION

10

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14

15  KONINKLIJKE PHILIPS ELECTRONICS       Case No. CV 07-0858 SI
    N.V. and U.S. PHILIPS CORPORATION,
16                                          **STIPULATION AND [PROPOSED]**
                   Plaintiffs,              **ORDER OF DISMISSAL WITH**
17                                          **PREJUDICE**
         v.
18
    O2 OPTICAL MEDIA, INC. and DAVID
19  CHOU,

20                 Defendants.

21

22

23

24

25

26

27

28

44037433.1

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (collectively, "Philips") and defendants O2 Optical Media and David Chou (collectively, "Defendants"), that:

1.    Philips filed the above-captioned lawsuit against Defendants on October 6, 2006 in the United States District Court for the Central District of California (Case No. CV 06-6382 ER);

2.    Defendants answered Philips' Complaint on November 20, 2006;

3.    On February 5, 2007, pursuant to 28 U.S.C. § 1404(a), the Honorable George P. Schiavelli transferred the case to the United States District Court for the Northern District of California (Case No. C 07-0858 BZ), where it was subsequently assigned to the Honorable Susan Illston;

4.    Pursuant to Federal Rule of Civil Procedure 41(a), Philips has agreed to dismiss its claims against Defendants with prejudice;

5.    Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs; and

///
///
///
///
///
///
///
///
///
///
///
///

1

1    6.    Defendants hereby agree that they and their owners, employees, agents, servants,

2    and any persons or entities in active concert or participation with them are permanently enjoined

3    from making, using, offering for sale or selling in the United States, or importing into the United

4    States, DVDs or similar discs that infringe upon the Patents-in-Suit without an express license

5    from Philips for the Patents-in-Suit.

6    IT IS SO STIPULATED.

7

8    Dated: ~~May~~ June 6, 2007                    MAYER, BROWN, ROWE & MAW LLP

9

10    By: _____

11    ~~Edward D. Johnson~~ Rena Chng

12    Attorneys for Plaintiffs
     KONINKLIJKE PHILIPS ELECTRONICS N.V. and

13    UNITED STATES PHILIPS CORPORATION

14    Dated: ~~May~~ June 5, 2007                    HOPKINS & CARLEY

15    By: _____

16    ~~Robert A. Christopher~~ Dori L. Yob

17    Attorneys for Defendants
     O2 OPTICAL MEDIA, INC. and DAVID CHOU

18

19    IT IS SO ORDERED.  THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE.

20

21    Dated: _____

22    The Honorable Susan Illston

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. CV 07-0858 SI